**DISMISSED and Opinion Filed March 25, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01040-CV

## RAMCO CONTRACTORS, INC., Appellant
## V.
## WEST 7TH BUILDERS 1, LLC D/B/A WOOD PARTNERS, WEST 7TH BUILDERS 2, LLC D/B/A WOOD PARTNERS, STATE THOMAS BUILDERS, LLC, STRAND BUILDERS, LLC D/B/A WOOD PARTNERS, AND BBVA USA, Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-05713

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Garcia
Opinion by Justice Garcia

Before the Court is appellant's March 23, 2022 motion to dismiss the appeal.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

211040F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

RAMCO CONTRACTORS, INC,
Appellant

No. 05-21-01040-CV     V.

WEST 7TH BUILDERS 1, LLC
D/B/A WOOD PARTNERS, WEST
7TH BUILDERS 2, LLC D/B/A
WOOD PARTNERS, STATE
THOMAS BUILDERS, LLC,
STRAND BUILDERS, LLC D/B/A
WOOD PARTNERS, AND BBVA
USA, Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-05713.
Opinion delivered by Justice Garcia.
Justices Carlyle and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees WEST 7TH BUILDERS 1, LLC D/B/A WOOD PARTNERS, WEST 7TH BUILDERS 2, LLC D/B/A WOOD PARTNERS, STATE THOMAS BUILDERS, LLC, STRAND BUILDERS, LLC D/B/A WOOD PARTNERS, AND BBVA USA recover their costs of this appeal from appellant RAMCO CONTRACTORS, INC.

Judgment entered March 25, 2022